**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **BENITO GAUNA,** | § | |
| **PLAINTIFF** | § | |
| | § | |
| | § | |
| **V.** | § | **CASE NO. 5:23-cv-744-XR** |
| | § | |
| **ALAMO PM, LLC AND** | § | |
| **TONY YRAGUEN,** | § | |
| **DEFENDANTS** | § | |

**<u>UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER</u>**

Defendants Alamo PM, LLC and Tony Yraguen respectfully file this Unopposed Motion for Extension of Time to File Answer and show:

1.      Defendants' Answer is due September 20, 2023.

2.      Defendants have hired the undersigned to represent them in this lawsuit.

3.      Defendants require additional time to provide full and accurate responses to the allegations in Plaintiff's lawsuit and to explore whether resolution is possible.

4.      Defendants request that their answer deadline be extended to October 18, 2023.

5.      Counsel for plaintiff does not oppose this request.

6.      This motion is sought not for delay, but so that justice may be done.

Respectfully submitted,

/s/ Allison S. Hartry
ALLISON S. HARTRY
State Bar No. 24083149
LAWRENCE MORALES II
State Bar No. 24051077
THE MORALES FIRM, P.C.
6243 IH-10 West, Suite 132
San Antonio, Texas 78201
Telephone No. (210) 225-0811
Facsimile No. (210) 225-0821
lawrence@themoralesfirm.com
ahartry@themoralesfirm.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for Plaintiff regarding the relief requested in his motion and that Plaintiff is unopposed to the requested extension.

/s/ Allison S. Hartry
Allison S. Hartry

## CERTIFICATE OF SERVICE

I hereby certify that on this the 19th day of September 2023, I served this document on all opposing counsel through the Court's Electronic Filing System.

/s/ Allison S. Hartry
Allison S. Hartry