UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BENITO GAUNA,<br>　　PLAINTIFF | §<br>§<br>§<br>§ | |
| V. | § | CASE NO. 5:23-cv-744-XR |
| | § | |
| ALAMO PM, LLC AND<br>TONY YRAGUEN,<br>　　DEFENDANTS | §<br>§<br>§<br>§ | |

**SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

Defendants Alamo PM, LLC and Tony Yraguen respectfully file this Second Unopposed Motion for Extension of Time to File Answer and show:

1. Defendants' Answer was originally due September 20, 2023.

2. The parties agreed to an Answer extension to October 18, 2023 so they could exchange documents to determine if early resolution was possible.

3. Settlement discussions are ongoing, and the parties believe an additional two-week extension to the Answer deadline is appropriate to aid in these discussions.

4. Defendants request that their answer deadline be extended to November 1, 2023.

5. Counsel for plaintiff does not oppose this request.

6. This motion is sought not for delay, but so that justice may be done.

        Respectfully submitted,

        /s/ Allison S. Hartry
        ALLISON S. HARTRY
        State Bar No. 24083149
        LAWRENCE MORALES II
        State Bar No. 24051077
        THE MORALES FIRM, P.C.
        6243 IH-10 West, Suite 132
        San Antonio, Texas 78201
        Telephone No. (210) 225-0811
        Facsimile No. (210) 225-0821
        lawrence@themoralesfirm.com
        ahartry@themoralesfirm.com

        ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for Plaintiff regarding the relief requested in his motion and that Plaintiff is unopposed to the requested extension.

        /s/ Allison S. Hartry
        Allison S. Hartry

## CERTIFICATE OF SERVICE

I hereby certify that on this the 17th day of October 2023, I served this document on all opposing counsel through the Court's Electronic Filing System.

        /s/ Allison S. Hartry
        Allison S. Hartry