**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **BENITO GAUNA,** | § | |
| **PLAINTIFF** | § | |
| | § | |
| | § | |
| **V.** | § | **CASE NO. 5:23-cv-744-XR** |
| | § | |
| **ALAMO PM, LLC AND** | § | |
| **TONY YRAGUEN,** | § | |
| **DEFENDANTS** | § | |

## ORDER GRANTING DEFENDANTS' SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER

On this day, the Court considered Defendants' Second Unopposed Motion for Extension of Time to File Answer. The Court, after considering the Motion, finds that it is well taken and should be GRANTED.

It is HEREBY ORDERED that Defendants' deadline to file their responsive pleading to Plaintiff's Complaint is extended to November 1, 2023.

Signed on this __ day of October, 2023.

_____
HONORABLE XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE