IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **BENITO GAUNA,** § | |
| § | |
| **Plaintiff,** § | |
| **v.** § | |
| § | Case No. 5:23-cv-744-XR |
| **ALAMO PM, LLC** § | |
| **AND TONY YRAGUEN,** § | |
| **INDIVIDUALLY,** § | |
| § | |
| **Defendants.** | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Benito Gauna ("Plaintiff") and Defendants Alamo PM, LLC and Tony Yraguen ("Defendants") (collectively "the Parties") stipulate and agree that as Plaintiff no longer desires to pursue his claims against Defendants, any and all allegations, claims, and defenses asserted by and between them in the above-styled and numbered action should be dismissed with prejudice pursuant to FED. R. CIV. P. 41(a)(1)(ii) and each party shall bear their own fees and costs.

WHEREFORE, Plaintiff Benito Gauna and Defendants Alamo PM, LLC and Tony Yraguen respectfully request the Court enter an order dismissing with prejudice any and all claims asserted by and between Plaintiff and Defendants in this action with each party bearing their own attorney's fees and costs.

Respectfully submitted,

/s/ Douglas B. Welmaker
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFF**

/s/ Allison S. Hartry
ALLISON S. HARTRY
State Bar No. 24083149
LAWRENCE MORALES II
State Bar No. 24051077
THE MORALES FIRM, P.C.
6243 IH-10 West, Suite 132
San Antonio, Texas 78201
Telephone No. (210) 225-0811
Facsimile No. (210) 225-0821
lawrence@themoralesfirm.com
ahartry@themoralesfirm.com

**ATTTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

On November 15, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Douglas B. Welmaker
Douglas B. Welmaker